UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DESIRAYE ROOT, #381860,

       Petitioner,

                          CASE NO. 2:06-CV-11860
v.                            HONORABLE LAWRENCE P. ZATKOFF

SUSAN DAVIS,

       Respondent.
                                        /

## ORDER GRANTING PETITIONER'S MOTION
## FOR A NON-PREJUDICIAL DISMISSAL

       This matter is before the Court on Petitioner's "Motion for a Non-Prejudicial Dismissal." Petitioner seeks a non-prejudicial dismissal of her pending habeas petition so that she may return to state court to exhaust available remedies as to additional issues. Having considered the matter, the Court concludes that Petitioner's motion should be granted to allow her to fully exhaust state remedies before seeking federal habeas relief. Accordingly, the Court **GRANTS** Petitioner's motion and dismisses this case without prejudice.

       **IT IS SO ORDERED.**


                                             s/Lawrence P. Zatkoff
                                             LAWRENCE P. ZATKOFF
                                             UNITED STATES DISTRICT JUDGE

Dated: July 21, 2006

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on July 21, 2006.

                                            s/Marie E. Verlinde
                                            Case Manager
                                            (810) 984-3290